# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DORIS HIGHTOWER,**

         **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　Case No. 6:09-cv-886-Orl-22DAB

**COMMISSIONER OF SOCIAL SECURITY,**

         **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion to Proceed In Forma Pauperis (Doc. No. 2) filed on May 26, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 8, 2009 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Proceed In Forma Pauperis (Doc. No. 2) is denied without prejudice to renewal upon the filing of an Amended Complaint.

3. No later than July 17, 2009, Plaintiff shall file an Amended Complaint. The Amended Complaint shall contain "a short and plain statement of the grounds upon which the court's jurisdiction depends" and "a short and plain statement of the claim showing that the pleader is entitled to relief." Failure to file an Amended Complaint as directed shall result in dismissal, without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 29, 2009.

Copies furnished to:

Doris Hightower, *pro se*

ANNE C. CONWAY
United States District Judge